IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TERRY HARNSBERGER,

                  Plaintiff,

v.                               Case No. 13-1316-EFM

WASAME SUGULE, VENTURE CORPORATION,
a Kansas Corporation, and ALLEN DANIEL VALLES,

                  Defendants.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion **(ECF doc. 22)** to amend the scheduling order filed on December 19, 2013 (doc. 22). For good cause shown, the motion is granted, but with deadlines that vary slightly from those proposed by the parties.[1] The scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS | |
|---|---|
| Event | Deadline/Setting |
| Mediation completed | May 9, 2014 |
| Supplementation of initial disclosures | 40 days before the deadline for completion of all discovery |
| All discovery completed | June 20, 2014 |
| Experts disclosed by plaintiff | May 1, 2014 |
| Experts disclosed by defendant | June 2, 2014 |

---

[1]The parties' request that the court hold a telephone conference to reset certain deadlines is denied. The parties have not explained what circumstances would warrant such a conference.

| Event | Deadline/Setting |
|---|---|
| Rebuttal experts disclosed | June 16, 2014 |
| Physical and mental examinations | May 20, 2014 |
| Dispositive motions (e.g., for summary judgment) | August 1, 2014 |
| Motions challenging admissibility of expert testimony | August 1, 2014 |
| Proposed pretrial order due | June 26, 2014 |
| Pretrial conference | July 7, 2014, at 10:30 a.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 10, 2014, at Kansas City, Kansas.

                                  s/ James P. O'Hara
                                  James P. O'Hara
                                  U.S. Magistrate Judge