### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TERRY HARNSBERGER** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 13-1316-KMH |
| ) | |
| **WASAME SUGULE, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### MEMORANDUM AND ORDER

Consistent with the trial management order, the parties have designated the testimony they wish to offer by deposition. The rulings on the parties' objections are as follows:

### Dr. Dereck Aaron Peery

Defendants have no objection to plaintiff's designations of Dr. Peery's deposition; however, defendants seek to offer the entire deposition at trial and plaintiff objects to a number of specific sections. The rulings on plaintiff's objections are:

Page 36, lines 10-25         **GRANTED**[1]

Page 37, lines 1-25          **DENIED with respect to lines 24-25;**
                             **GRANTED with respect to lines 1-23**

---

[1] Dr. Peery's deposition pages 36-39 relate specifically to Topic 1 of Plaintiff's Motion in Limine (Doc. 52), discussed in Memorandum and Order, Doc. 73 at 2-4.

| | |
|---|---|
| Page 38, lines 1-25 | **DENIED with respect to lines 1-4; GRANTED with respect to lines 5-25** |
| Page 39, lines 1-15 | **GRANTED** |
| Page 45, lines 16-25 | **GRANTED**[2] |
| Page 46, lines 1-18 | **GRANTED** |
| Page 67, lines 4-10, 22-25 | **GRANTED** |
| Page 68, lines 1-14 | **GRANTED** |

## Dr. Dennis Foster

Defendants have no objection to plaintiff's designations of Dr. Foster's deposition; however, defendants seek to enter the entire deposition and plaintiff objects to a number of specific sections. The rulings on plaintiff's objections are:

| | |
|---|---|
| Page 34, lines 19-25 | **GRANTED as unopposed** |
| Page 39, lines 3-15 | **DENIED** |
| Page 40, lines 7-16 | **GRANTED**[3] |
| Page 40, lines 23-25 | **DENIED** |
| Page 41, lines 1-2 | **DENIED** |

---

[2] Dr. Peery's deposition pages 45-46 relate specifically to Topic 2 of Plaintiff's Motion in Limine (Doc. 52) discussed in Memorandum and Order, Doc. 73 at 4.

[3] Dr. Foster's deposition page 40 lines 7-16 relate specifically to Topic 2 of Plaintiff's Motion in Limine (Doc. 52) discussed in Memorandum and Order, Doc. 73 at 4.

**IT IS THEREFORE ORDERED** that the parties are prohibited from presenting any deposition testimony described above where the objection was **GRANTED**. The parties shall confer and edit the video depositions consistent with the rulings herein.

**IT IS SO ORDERED**.

Dated at Wichita, Kansas this 25th day of November, 2014.

        s/ Karen M. Humphreys
KAREN M. HUMPHREYS
United States Magistrate Judge